1 | ERIC GRANT
United States Attorney
2 | JOSEPH BARTON
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
6 | Attorneys for Plaintiff
United States of America
7 |
8 |              IN THE UNITED STATES DISTRICT COURT
9 |                EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,              CASE NO. 1:93-CR-05222-JLT
12 |                    Plaintiff,          ORDER
13 |         v.
14 | PRISCILLA ANN STEVENS,
15 |                    Defendant.
16 |
17 |    Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of
18 | Criminal Procedure, it is HEREBY ORDERED that the Indictment against defendant PRISCILLA ANN
19 | STEVENS is dismissed. Any pending arrest warrant is recalled.
20 |
21 | IT IS SO ORDERED.
22 |    Dated:  **September 25, 2025**                    _____
                                                          UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS INDICTMENT                    1